NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JULIO LOPEZ

    Plaintiff

vs.

COUNTY OF PASSAIC,
PASSAIC COUNTY
SHERIFF'S DEPARTMENT,
JERRY SPEZIALE,
WILLIAM CULLEN,
EDWARD DOMBROWSKI

    Defendants

Civil Action No. 04-5789 (KSH)

**ORDER**

**THIS** matter having come before the Court on defendants' motion for summary judgment, the Court having considered the parties' submissions, and for the reasons stated in the Opinion filed herewith,

**IT IS** on this  day of June, 2007**,**

**ORDERED** that defendants' motion for summary judgment reflected on the docket as entry #24 is **denied.**

    /s/ Katharine S. Hayden
    KATHARINE S. HAYDEN
    United States District Judge